# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROBIN J. MCPHERSON (2),<br><br>　　　　　　Defendant. | Case No. 3:05-cr-00111-JLS-2<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT** |

Pursuant to joint motion and good cause appearing, the Court continues the upcoming Motion Hearing/Trial Setting from August 12, 2022, to October 14, 2022 at 1:30 p.m. since the failure to continue would stop further proceedings or result in miscarriage of justice, pursuant to 18 U.S.C. § 3161(h)(7)(a) & (b)(1).

**SO ORDERED.**

Dated:　08/05/2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JANIS L. SAMMARTINO, Judge
　　　　　　　　　　　　　　　　　　　United States District Court